# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DAN KOVANEN AND MEGAN KOVANEN, a marital community, <br><br> *Plaintiff* <br> v. <br> FEDEX GROUND PACKAGE SYSTEMS, INC., <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:17-CV-00360-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss Complaint (ECF No. 19) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion to Dismiss Complaint (ECF No. 19)

Date:  6/21/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen